1
2
3
4
5
6
7
8           UNITED STATES DISTRICT COURT
9           SOUTHERN DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| 11  TAI TRUONG, | Case No.: 25-cv-3189-JES-MMP |
| 12                          Petitioner, | **ORDER (1) DENYING** |
| 13  v. | **PETITIONER'S REQUEST FOR AN IN CAMERA REVIEW; AND (2)** |
| 14  KRISTI NOEM; PAMELA BONDI; | **REQUIRING RESPONDENTS TO** |
| 15  TODD M. LYONS; JESUS ROCHA; and CHRISTOPHER J. LAROSE, | **FILE STATUS REPORT** |
| 16                          Respondents. | **[ECF No. 11]** |
| 17 | |

18  Before the Court is Petitioner Tai Truong's Petition for Writ of Habeas Corpus pursuant to

19  28 U.S.C. § 2241, and Motion for a Temporary Restraining Order ("TRO"). ECF Nos. 1,

20  3. Respondents filed their Response on November 21, 2025. ECF No. 7. Petitioner filed a

21  Traverse on December 1, 2025. ECF No. 9. Respondents filed a voluntary Notice on

22  December 2, 2025. ECF No. 10. In their Notice, they inform the Court that the Laotian

23  Government issued a travel document for Petitioner on November 26, 2025. *Id*.

24  Respondents also state that they intend to remove Petitioner to Laos no later than December

25  16, 2025. *Id*. On December 3, 2025, Petitioner filed a response to Respondents' Notice, in

26  which he asks the Court to order an *in camera* review of the Laotian travel document that

27  Respondents declare, and their counsel certifies, to have in their possession. ECF No. 11.

28  //

Petitioner has failed to provide the Court with sufficient grounds, and/or any legal authority, for it to order such action. Accordingly, Petitioner's request for an *in camera* review of Petitioner's travel document is **DENIED**. The Petition is still under submission. However, the Court **ORDERS** Respondents to **FILE** a Status Report on or before December 17, 2025, to advise it of the following:

(1) Whether Petitioner was successfully removed to Laos;

(2) If not, by which date(s) do Respondent expect Petitioner will be removed; and

(3) What is the expiration date of Petitioner's travel document.

**IT IS SO ORDERED.**

Dated: December 5, 2025

Honorable James E. Simmons Jr.
United States District Judge