UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAI TRUONG,<br><br>                    Petitioner,<br><br>v.<br><br>KRISTI NOEM; PAMELA BONDI; TODD M. LYONS; JESUS ROCHA; and CHRISTOPHER J. LAROSE,<br><br>                    Respondents. | Case No.: 25-cv-3189-JES-MMP<br><br>**ORDER DENYING AS MOOT THE PETITION FOR WRIT OF HABEAS CORPUS PURSUANT TO 28 U.S.C. § 2241 AND MOTION FOR TEMPORARY RESTRAINING ORDER**<br><br>[ECF No. 1, 3] |

Before the Court is Petitioner Tai Troung's ("Petitioner") Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, and Motion for a Temporary Restraining Order ("TRO"). ECF Nos. 1, 3.

On December 2, 2025. Respondents filed a voluntary Notice, in which they informed the Court that the Laotian Government issued a travel document for Petitioner. ECF No. 10. Respondents also notified the Court of their intent to remove Petitioner to Laos no later than December 16, 2025. *Id.*

On December 5, 2025, the Court ordered Respondents to file a Status Report on or before December 17, 2025, advising of whether Petitioner was successfully removed to Laos. ECF No. 12. Respondents complied with the Court's Order and advised that Petitioner was removed to Laos on December 16, 2025. ECF No. 13.

The Court finds that because the Petitioner has been removed, this action is now moot. Accordingly, the Petition is **DENIED AS MOOT**. The Clerk of Court is **DIRECTED** to close this case.

**IT IS SO ORDERED.**

Dated: December 18, 2025

Honorable James E. Simmons Jr.
United States District Judge